UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE,<br><br>        Defendant. | Case No. 22-cv-00264-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. Nos. 2, 5 |

Plaintiff, a pretrial detainee, filed a pro se civil rights action. Court records indicate that plaintiff already proceeds with a case in this Court concerning the same defendant and claims. *See Johnson v. Doe*, Case No. 21-cv-9385 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The Court will screen the earlier filed complaint. Plaintiff also filed another earlier complaint with the same defendants and claims that was also dismissed as duplicative. *See Johnson v. Doe*, Case No. 21-9971 JD.

For the foregoing reasons, this case is **DISMISSED** as duplicative and as frivolous in light of the multiple complaints with the exact same allegations. The pending motions (Dkt. Nos. 2, 5) are **VACATED**.

**IT IS SO ORDERED.**

Dated: March 7, 2022

_____
JAMES DONATO
United States District Judge